The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

AO 132 (Rev. 12/03) WDMI - Exemplification Certificate

# UNITED STATES DISTRICT COURT

WESTERN     District of     MICHIGAN

## EXEMPLIFICATION CERTIFICATE

I, _____ Ann E. Filkins _____ , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Document #79 in case 1:16-cv-673

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at

Lansing _____ on _____ 8/31/2022 _____

*City*                                          *Date*

_____ Ann E. Filkins _____                    _____ Paula J. Ward _____

*Clerk*                                   *(By) Deputy Clerk*

I, _____ Hala Y. Jarbou _____ , a Judicial Officer of this Court, certify that _____ Ann E. Filkins _____ , named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_____ September 7, 2022 _____                 _____ Hala Jarbou _____

*Date*                                     *Signature of Judge*

Chief Judge, United States District Court

*Title*

I, _____ Ann E. Filkins _____ , Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Hala Y. Jarbou _____ ,

*Chief Judge*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at

Lansing _____ in this State, on _____ 9/7/22 _____

*City*                                          *Date*

_____ Ann E. Filkins, Clerk of Court _____           _____ Joell A. Luera _____

*Clerk*                                   *(By) Deputy Clerk*

Doc: NOTICE Alan L.King, Judge of Probate Jefferson County, AL Rec: $16.00
Clerk: STEPHENS

1:16 – CV – 673

FILED - LN
June 15, 2021 2:50 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN /
BY ___/___ SCANNED B

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In The Consulate Chambers of |
| THE CHANGE OF NAME | ) | Alabama Republic, Territory |
| OF: RANDY TYREASE JOY | ) | Al·Maroc / Amexem |
| TO: rambo el | ) | Treaty of Madrid 1880 |

## DECREE CONFIRMING DECLARATION AS TO CORRECT NAME AND NATIONALITY

I, rambo el; the presiding consulate officer declare under the penalty of perjury under the laws of the United States of America the foregoing is true correct and complete. This cause came on to be heard upon the Declaration of a Nationality, Declaration of Status and birthright ties with the Al Maroc Empire and not with the United States furthermore Rambo El is not a United States citizen / Citizen. The Declaration to correct Name of **RANDY TYREASE JOY** to Free National Title **Rambo El** and " Grantor, Trustee, and Beneficiary" in connection to the Blackhawk/ Al Maroc Empire Trust, having appeared in the Consulate Chambers, the Consulate thereof, before Consul. It is of my knowledge that all are entitled the right to declare a Nationality and cannot be deprived right of correcting a Nationality, as well as the right of Moors to use the Names affixes El, Bey, Ali, Al, Dey or any other prefix of suffix, for it is their custom accordance with Divine Right, Religious Independence, and Inheritance. HJR 75, Sundry Free Moors Act of 1790 as reference to Moors in the Americas, also, Treaty of Madrid 1880, and Treaty of Peace and Friendship 1786/1836, Treaty of Tripoli 1796 and Treaty of Algiers 1796, with due respect given by Prince Khabir Uriel Bai, reference (Allut Laudibus Effere) Race, Ethnicity, and Nationality Identifiers: **Moor 1237-7**

**Hierarchical code: R1.01.052.004, Asiatic 463, Moroccan 633, Moor 667, Aboriginal Indigenous Moor Nationality and status as a Moor American National but not a citizen of the United States pursuant to international treaties and the supreme law of the land.**

It is here Declared that Free National Title Rambo El has been accepted by this Consulate Chambers, The Al Maroc Empire and all others.

It is **ORDERED** and **DECREED** by the Consulate that RANDY TYREASE JOY be hereafter known by the name of Free National Title **Rambo El** *10-105905 Vaste Estate Prophet Noble Drew Ali, form 1099, Our Authority, Ecclesiatical Grand Body.......By mandate Ali is most exalted, and none other than the man TOUCHED BY THE Prophets now judicial seat shall deem the worthy...for thine deeds must be pure at heart when he wears and bearer there of.* Lawful Demand of Correction of Name, Nationality, and Status: *Al Moroccan/Moor*

**DONE** this date of September 22, 2019.

/A/ *bey–tyrone ayham rasul: living man*
tyrone ayham rasul bey, Grand Sheik; Anu Amexem Copyright/000684671
House of Ali, Noble Bey / Bai Sovereignty:Temple No. 9: 190 1845015
Library of Congress Copyright Office File No. TXu002154573 & TX0002155267
Certified as a True Copy

By_____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan

Date_____ JUL 0 1 2021

C/o Blackhawk Trust
1807 olds Avenue
Lansing. Michigan

**State of Alabama**
**Jefferson County**
I, the Undersigned, as Judge of Probate Court in and
for Jefferson County, Alabama, hereby certify that
the foregoing is a full, true and correct copy of the
instrument with the filing of same as appears of record
in this office. Given under my hand and official seal,
this the _____ day of _____ , 201_

_____
JUDGE OF PROBATE

DRAFTED BY: Rambo El

General Post Office Judicial District

℅ 1138 West Maple Street

Lansing, Michigan Republic

Without United States Near [48915]

# *DECLARATION OF NON CITIZEN NATIONALITY*

I, verify declare under the penalty of perjury under the laws of the United States of America that the foregoing is true correct and complete. I, Rambo El acknowledge beneficial interest over RANDY TYREASE Family of JOY Estates being duly sworn, hereby declare my intention for my race to reflect a Moor and my Nationality a Aboriginal Americas, National but not a United States Citizen.

Executed 01/19/2023         SIGNATURE _~~Rambo El~~_ Heir

Title and Rank

State of  MICHIGAN )
                                     )ss
County of  Ingham )

This DECLARATION was acknowledged before me on  this 19th day of January 2023. I, RAMBO EL being duly sworn on oath according to [Section 302 of Public Law 94 - 241], hereby declare my intention to be a national but not a citizen of the United States.

_Rambo El_____  did personally appear

before me, identified by state License  and did take an Oath and stated that the above
DECLARATION OF NON CITIZEN NATIONALITY is true and correct to the best of his knowledge and belief. Subscribed by me the below identified Notary Public in and for the State of Michigan, on the date first above written.
_____ {Seal}

Name of Notary _Megan Dick_____

My Commission expires: _May 4, 2028_____

**MEGAN DICK**
Notary Public, County of Eaton, MI
Acting in the County of _Ingham_____
My Commission Expires: _5-4-28____
_Megan Dick_



Tx:4274191
6/6/2019 10:14:00 AM
**INST. # 2019-019224**
DERRICK QUINNEY
REGISTER OF DEEDS
INGHAM COUNTY MICHIGAN
RECORDED ON:
06/07/2019 08:39 AM
PAGES: 11

THE SPACE ABOVE THIS LINE IS RESERVED FOR RECORDER'S USE



# Ingham County Register of Deeds

## Derrick Quinney, Register

THIS PAGE IS ADDED TO ALLOW ADEQUATE ROOM FOR RECORDING INFORMATION

## DO NOT REMOVE THIS PAGE

TRANSMITTING UTILITY: NON UCC FILING
**CLAIM OF LIEN**  premised

By: Randy Joy

STATE OF MICHIGAN

COUNTY OF INGHAM

℅ 300 Western Avenue C621

Lansing, Michigan Republic [48917]

Without the United States

BEFORE ME, the undersigned Notary Public personally appeared Randy Joy beneficial owner who duly affirms that he is (the Lienor herein) (the Agent of the Bailor herein) whose address is ℅ 1726 Linval Street, Lansing, Michigan [48910] and that in accordance with a contract with Michigan State Registrar of Vital Records lienor furnished labor, services or materials consisting of Certificate of Live Birth on the following described real property in Ingham County (USA INC.), Michigan State, described as BC#121-0092718 RANDY TYREASE JOY and owned by Ingham County, Michigan State. Of a total value of $10,000,000,000 (ten billion & no/100 dollars) U.S. of which there remains unpaid $10,000,000,000 and furnished the first of the items on September 28th/ August 24, 1981 to Michigan State (Vital Records).

## RANDY TYREASE JOY

DEBTOR: RANDY TYREASE JOY BAILEE

By:

CREDITOR: Joy: of the Randy family. Bailor

in Propria Persona, with authgraph - Rambo El

On June 6th, 2019 Randy Joy or Rambo El, personally appeared Joy Family Randy- Executor, personally known to me. (or proved to me on the basis of satisfactory evidence) to be the people whose name(s) is/are subscribed to the within instrument and acknowledged to me that by his/her/their signature(s) on the instrument the people, or the entity upon behalf of which the people acted, executed his instrument.

WITNESS my hand and official seal.

Signature

**HANNAH F. HALL**
Notary Public, Clinton County, MI
Acting in the County of Ingham
My Commission Expires: 11/06/24

Affiant____ Known____ Unknown

ID Produced __Yes__

Scanned by CamScanner

# INDEMNITY BOND/LIEN

## -ATTACHMENT "B"-

Registered Mail# Rb 169 481 945 US Invoice: RTJ-08241981-IBL

Known all men by these presents that RANDY JOY, Debtor, hereby establishes this Indemnity Bond in favor of Randy Joy, the Secured Party Creditor, in the sum of present and future collateral values up to the sum of **ten billion United States silver dollars *($10,000,000,000.00)* of .999 of fine silver, or fiat money at par value**, for the payment of which bond Debtor hereby firmly binds it's , successors, heirs, executors, administrators, DBA's, AKA's, and, third party assigns, jointly and severally. Debtor hereby indemnifies Secured Party against losses incurred as a result of all claims of debt or losses made by any and all parties or persons against the commercial transactions and investments of THE Debtor. The condition of this bond is that the Secured Party covenants to do certain things on behalf of the Debtor, as set forth in the attached C.S.A. (Commercial Security Agreement) of the same date and executing parties; and the Debtor covenants to serve as a TRANSMITING UTILITY to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from Debtor to Secured Party, whichever is appropriate. To avert losses vested rights in present or future collateral that is subject to the attached Commercial Security Agreement; Debtor agrees to make available to Secured Party such accounts established by intent of the Parties, by operation of law, and or conservative trusts, to hold proceeds arising from assets belonging to Debtor and administered by the UNITED STATES or its subdivisions, agents, of affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached Commercial Security Agreement. Secured Party is authorized to assign such funds from said accounts as are necessary to settle all, past, present and future debts and obligations incurred by the Debtor on behalf of the Secured Party. Debtor without the benefit of discussion, or division, does hereby agree, covenant and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including , without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee with respect to loans or indebtedness belonging to Debtor. Including the amount that Debtor might be deemed to owe to a public creditor for any reason whatsoever. Secured Party shall promptly advise Debtor of all public claims brought by third parties against the present of future property of Debtor, all of which is covered with the attached Security Agreement up to the indemnification amount declared herein., and to provide Debtor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received or served upon Debtor through, Secured Party. Secured Party shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims. This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provide that Secured Party may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancelation to Debtor. No such cancelation shall affect the liability incurred by or accrued to Secured Party prior to the conclusion of said thirty (30) day period. In such event of notice of cancelation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral. Debtor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached security agreement unless the Parties otherwise agree.

---

## NOTICE OF LIEN

This agreement constitutes an International Commercial Lien on all property of the Debtor Indemnitor on behalf of, and for the benefit of Secured Party Creditor Indemnity in the amount of ten billion United States silver dollars. (*10,000,000,000.00*) **of .999 fine silver**. This lien will expire at the moment Indemnity expires or when this lien is satisfied by Indemnity.

RANDY TYREASE
JOY, RANDY TYREASE 06/06, 2019

Joy Randy June
Joy Randy, Indemnity Date 6-[illegible]2019
c/o 300 Western Avenue G621

Lansing, Michigan near [48917]
The Real land, the United States of America

180195341

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Michigan, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of February, 2018.

Issued pursuant to CHXIV, State of
Mich. 15 1789 1 Stat 68-69 22
USC 2657 22t SC 2651a, 5 USC
301 24 USC 1733 et seq 8 USC
1443b RULE 44 Federal Rules of
Civil Procedure

By _____
Secretary of State

_____
Assistant Authentication Officer,
Department of State



# State of Michigan



*DEPARTMENT OF STATE*

## STATE REGISTRAR CERTIFICATION

*I, Ruth Johnson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, Glenn Copeland, whose attestation is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified State Registrar and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*

*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Lansing, this 29th day of January in the year of our Lord two thousand and eighteen.*

*Ruth A. Johnson*

*Secretary of State*



**209867-1-538888-228**

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.



**STATE OF MICHIGAN**

407

CF

**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH

**CERTIFICATE OF LIVE BIRTH**

121 - 0092718
State File Num

| 1. CHILD'S NAME (First, Middle, Last, Suffix) | | | | | |
|---|---|---|---|---|---|
| Randy    Tyrease    Joy | | | | | |

| 2. SEX | 3a. PLURALITY - Single, Twin, Triplet, etc (Specify) | 3b. IF NOT SINGLE BIRTH - First, Second, Third, etc (Specify) | 4a. DATE OF BIRTH (Month, Day, Year) | | 4b. TIME OF BIRTH |
|---|---|---|---|---|---|
| Male | Single | | August 24, 1981 | | 11:19 pm |

| 5a. CHILD'S BIRTHPLACE(Hospital or Address if other) | 5b. COUNTY |
|---|---|
| E. W. Sparrow Hospital, Lansing | Ingham |

| 6a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last) | 6b. MOTHER'S FULL NAME BEFORE FIRST MARRIED (First, Middle, La |
|---|---|
| Patricia Joy | Patricia Ann Henry |

| 7a. STATE OF BIRTH - Name Country if not USA | 7b. DATE OF BIRTH OR AGE | 7c. COUNTY OF RESIDENCE | 7g. STATE OF RESIDENCE |
|---|---|---|---|
| Alabama | 17 | Ingham | Michigan |

| 8a. FATHER'S CURRENT LEGAL NAME (First, Middle, Last) | 8b. STATE OF BIRTH - Name Country if not USA | 8c. DATE OF BIRTH OR . |
|---|---|---|
| Bobby Joy | Tennessee | 22 |

| 9a. REGISTRAR'S SIGNATURE | 9b. DATE FILED BY LOCAL REGISTRAR - (Month, Day, Y |
|---|---|
| \\S\\ Theo Fulton | September 28, 1981 |

I hereby certify that the above is a true and correct representation of the birth facts on file with the State of Michigan, issued from the Michigan Centralized Birth Certification System.

Certified by: *Glenn Copeland*

Glenn Copeland
State Registrar

Date Issued: **March 6, 2017**
AFS: 3265024

20543721

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED



## Affidavit of Holder in Due Course/ Ownership of

RANDY TYREASE JOY

Deed Certificate

I,Rambo El am familiar with the facts recited below, and hereby declare under penalty of perjury that;

Pursuant to The Constitution of the Zodiac Constitution AA 222141 library Congress, Constitution for United States Republic North America 1791, the Bill of Rights Humanitarian Law

\* Pursuant to all Treaties applicable between Aboriginal-Americans of Moorish descent & United States
\* Pursuant to United States Code Title 18 Section 112 Protections of Internationally Protected Persons
\* Pursuant to United States Code Title 18 Section 241 Conspiracy Against Rights & 242 Deprivation of Rights Under Color of Authority

1. I am the party named in the CERTIFICATION OF BIRTH RECORD attached and made part hereof:
   Certificate of Live Birth, 121-0092718, registered with the Michigan DEPARTMENT OF PUBLIC HEALTH, DIVISION OF VITAL RECORDS, date of birth August 24, 1981, time of birth 11:19:0 pm, date filed by Glenn Copeland State Registrar September 28, 1981, 333 S Grand Ave, Lansing MI 48909 and that,

2. I am using this Affidavit to document the status of ownership over the principle, interest, and all accounts of RANDY TYREASE JOY; and that,

3. I am the registered owner of RANDY TYREASE JOY; and that

4. That registrar of titles shall treat me as having attained the age of the majority; and that

5. My date of birth is on August 24, 1981; and that

6. My place of birth is near the geographical location commonly known as Lansing Michigan Republic, an entity formed with the constitutional republic of the United States of America, within the Indigenes of Amexem (the Americas), Al Moroccan (American), Continents, in an outlying possession of the United States; and that,

7. I am the holder in due course securing 100% of the beneficial interest in the property to which this affidavit relates, and th

8. I am the sole power to accept, receive, transfer, disburse, or convey 100% of the proceeds profits, income, and revenue arising out of the property to which this Certificate of Title relates; and that,

9. I hold all investment powers, which includes the power to dispose, or to direct the disposition of, such portion of Certificat of Title held by the Trust; and that,

10. I authorize this affidavit to be provided to any withholding agent that has control, receipt or custody of the profits, proceed revenue, or income derived from the property subject to the attached Certificate of Title; and that,

11. Secretary of State authentication # 209867-1-538888-228, United States of America Department of State authentication # 18019534-1

I hereby declare under penalty of perjury that the above information is complete, correct, and true to the best of my knowledge.

By: Rambo El, Trustee

WITNESSES

We the undersigned Witnesses hereby stand and attest that the fore-signed, signed this document on the listed supra, of their own free will, as witnessed by our signatures below:

By: Rambo El RS
1620 Illinois Ave
Lanising, Mi [48906]

Alyssa N Cathen

## Affidavit of Beneficial Ownership of

RANDY TYREASE JOY

I, am familiar with the facts recited below, and hereby declare under penalty of perjury that;

1. I am the party named in the CERTIFICATION OF BIRTH RECORD attached and made part hereof:
   Certificate of Live Birth, 0092718, registered with
   Lansing, Michigan DEPARTMENT OF PUBLIC HEALTH, IDHP DIVISION OF VITAL RECORDS, date
   of birth August 24, 1981, time of birth 11:19:00 pm, date filed by registrar September 28, 1981; and that,

2. I am using this Affidavit to document the status of ownership over the principle, interest, and all accounts of RANDY
   TYREASE JOY; and that,

3. I am the registered owner of RANDY TYREASE JOY; and that

4. That registrar of titles shall treat me as having attained the age of the majority; and that

5. My date of birth is on August 24, 1981; and that

6. My place of birth is near the geographical location commonly known as Lansing Michigan, an entity formed within the
   constitutional republic of the United States of America, within the Indigenes of Amexem (the Americas), Al Moroccan
   (American), Continents, in an outlying possession of the United States; and that,

7. I am the holder in due course securing 100% of the beneficial interest in the property to which this affidavit relates, and that,

8. I am the sole power to accept, receive, transfer, disburse, or convey 100% of the proceeds profits, income, and revenue
   arising out of the property to which this Certificate of Title relates; and that,

9. I hold all investment powers, which includes the power to dispose, or to direct the disposition of, such portion of Certificate
   of Title held by the Trust; and that,

10. I authorize this affidavit to be provided to any withholding agent that has control, receipt or custody of the profits, proceeds,
    revenue, or income derived from the property subject to the attached Certificate of Title; and that,

I hereby declare under penalty of perjury that the above information is complete, correct, and true to the best of my knowledge.

By: Joy Randy Tyrease, Owner ─ Rambo El

**WITNESSES**

We the undersigned Witnesses hereby stand and attest that the fore-signed, signed this document on the dat
listed supra, of their own free will, as witnessed by our signatures below:

Liberty mcPike

Caitlin Earley

| State of | ) | |
| Michigan | ) ss. | Jurat |
| County of | ) | |
| Ingham | | |

Subscribed and sworn to (or affirmed) before me on this **8th** day of **March** 2018, b
providing, before me a photo Identification, the use of which is used for various evidence to be the person(s
who appeared before me.

Notary Signature

Seal of Notary:

CHELSEA WELLWOOD
Notary Public, Clinton County, MI
Acting in the County of Ingham
My Commission Expires: 5-7-2023

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Joy, Randy  (517) 993-4900

B. E-MAIL CONTACT AT FILER (optional)
Randytjoy@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Joy Office Of The Executor
Randy Joy
%, 300 Western Avenue
Lansing, Michigan [49810]
WITHOUT UNITED STATES

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| JOY | RANDY  TYREASE | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1726 LINVAL ST | LANSING | MI | 48910 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RANDY TYREASE JOY | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1600 Pennsylvania Ave NW | WASHINGTON | DC | 20500 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BLACKHAWK TRUST- Trustee for RANDY TYREASE JOY Estate RB 169 481 945 US | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Joy | Randy | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 300 Western Avenue G621 | Lansing | MI | [48917] | USA |

4. COLLATERAL: This financing statement covers the following collateral: THIS IS ACTUAL AND CONSTRUCTIVE NOTICE. All the Debtors' interest in all the Debtors' property both registered and unregistered is hereby Accepted as collateral for securing contractual obligations in favor of the Secured Party. The value of the Secured Party's claim is Ten Billion and no/100 United States Dollars (S 10,000,000,000.00). This entry of the DEBTORS into the Commercial Registry and Public Notice of a commercial transaction. The Secured Party hereby reserves all rights, interested and titles in said property. VALUE  S 10,000,000,000.00 INDEMNITY BOND LIEN

being administered as a Decedent's Personal Representative

5. Check only if applicable and check only one box: Collateral is [X] held in a Trust (see UCC1Ad, item 17 and Instructions)

6a. Check only if applicable and check only one box:
[ ] Public-Finance Transaction   [ ] Manufactured-Home Transaction   [X] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
[ ] Agricultural Lien   [X] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  [ ] Lessee/Lessor   [ ] Consignee/Consignor   [ ] Seller/Buyer   [X] Bailee/Bailor   [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: Joy Office of the Executor for the RANDY TYREASE JOY, Estate

TRANSMITTING UTILITY/ NON UCC FILING (ATTACHMENT)

All REAL PARTY IN INTEREST UCC contract accounts,
International Accounts,Grantor [that he is] owner and holder of all right, title, and interest, in Taxpayer ID number
XXX-XX-1998, Notice of Federal Tax Lien Serial Number 1210092718, in the name of RANDY TYREASE JOY, at
Department of Treasury - Internal Revenue Service, at 77 K-5100, 5TH FLOOR, WASHINGTON DC 20002-4216,
with the non-negotiable instrument(s) claim number RB 169 481 945 US, with all attachments and proceeds
therefrom as being held in the private. NOTICE OF CLAIM: FILED AND RECORDED IN CLERK'S OFFICE,
DERRICK QUINNEY INGHAM COUNTY MICHIGAN REGISTER OF DEEDS RECORDED ON 01/03/2019 11:33 AM
PAGES:17.:Including all Affidavits of Live Birth, and all documents and/or instruments created using said birth
documents, and rights of use, of all property, and all proceeds, products, accounts and fixtures produced because of
said documents.

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9 NAME OF FIRST DEBTOR  Same as line 1a or 1b on Financing Statement  if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a ORGANIZATION'S NAME

**RANDY TYREASE JOY**

OR

9b INDIVIDUAL'S SURNAME

**JOY**

FIRST PERSONAL NAME

**RANDY**

ADDITIONAL NAME(S)/INITIAL(S)

**TYREASE**

SUFFIX

| Print | Reset |
|-------|-------|

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10 DEBTOR'S NAME  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a ORGANIZATION'S NAME

OR

10b INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                                        SUFFIX

| 10c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11 ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME  Provide only one name (11a or 11b)

11a ORGANIZATION'S NAME

OR

| 11b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12 ADDITIONAL SPACE FOR ITEM 4 (Collateral)

| 13 ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14 This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing |
|---|---|
| 15 Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): **Joy: Randy in Propria Persona Copy Right / Trademark, and holder in due course.** | 16 Description of real estate: **RANDY TYREASE JOY# 121-0092718 Trust/ Estates REGISTERED MAIL # RB 169 148 945 US RTJ- 08241981- IBL RTJ- 08241981- CSA  Exemption # B04192470 Zig 1911 T0620-13Z03985** |

17 MISCELLANEOUS

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev  04/20/11)          International Association of Commercial Administrators (IACA)

## NOTICE OF IRS FORM 8300

Dear
**Teddy Eisenhut and Stephen Cornish**

DOF=Disputed Ownership Funds

I am appearing specially as a contracting officer beneficiary for RANDY JOY , RANDY TYREASE JOY.

While I'm aware that "this is not a tax court" this is a taxable event and this case involves a tax entity (DOF) issue. Apparently, this court is not a tax exempt underInternal Revenue Code Section 501(a), according to **The Department of Treasury Internal Revenue Services Tax Exempt and Government Entities Agent Wiles I.D. #0196726 Letter 4172 See attachment.** So, if the court intends to proceed on this matter,I am going to make sure that this case is tax compliantbecause I do not want to be an uninformed participant in any tax evasion scheme or securities fraud.

As the alleged Surety, and re-insurer...
My information on this case is that this Court has already obtained bonds against my pledged assets andcredit,and since I hold both the offices of Surety and Re-Insurer, I'm due a fee for my services, and as of thisdate I haven't received any payment. Under these circumstances I demand my fee of $100,000 or I'll have to withdraw my suretyship for any and all social security underwriting instruments and leave this Court With unsecured bonds. Or, in the alternative, you could dismiss this case!

I brought a Form 8300 here so we can get started. How Shall we assess that first meetings we had on starting from August of 2022? What has been "underwritten and monetized thus far? Perhaps a tax audit needs to be done on this case? As the Court is aware,we cannot underwrite a bond without a valid claim, so if the Registry Funds are being disputed here today. I need Proof of Claim from the Court and the adverse party. Otherwise, don't waste my time and do not waste my credit on any false claims involving tax evasion schemes!!
Also,does this bank and/or financial Institution have a delegation letter of authority? If so, I'm going to need a copy of it for the record.

Sincerely
el, rambo
Beneficiary
OFFICE OF TRUSTEE FOR RANDY TYREASE JOY
RANDY JOY

**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
PO Box 2508
Cincinnati, OH 45201

**Date:**
October 11, 2023
**Person to contact:**
Name: Ms. Wiles
ID number: 0196728

RAMBO EL
1138 W MAPLE ST
LANSING, MI 48933

Dear Sir or Madam:

We're responding to your request, dated September 15, 2023, about the tax-exempt status of 30th JUDICIAL CIRCUIT COURT.

We have no record of this organization having tax-exempt status under Internal Revenue Code Section 501 (a). Therefore, we're unable to provide any documents in response to your request.

You can find more information about tax-exempt entities and their organizational and operational requirements in Publication 557, Tax-Exempt Status for Your Organization. You can also visit our website at www.irs.gov/charities.

If you have questions, call 877-829-5500 between 8 a.m. and 5 p.m., local time, Monday through Friday (Alaska and Hawaii follow Pacific time).

Sincerely,

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

**Letter 4172 (Rev. 1-2020)**
Catalog Number 66634W

IRS Form **8300**
(Rev. August 2014)

Department of the Treasury
Internal Revenue Service

# Report of Cash Payments Over $10,000
## Received in a Trade or Business

▶ See instructions for definition of cash.
▶ Use this form for transactions occurring after August 29, 2014. Do not use prior versions after this date.
**For Privacy Act and Paperwork Reduction Act Notice, see the last page.**

FinCEN Form **8300**
(Rev. August 2014)
OMB No. 1506-0018
Department of the Treasury
Financial Crimes
Enforcement Network

1 Check appropriate box(es) if:    a ☐ Amends prior report;    b ☐ Suspicious transaction.

## Part I   Identity of Individual From Whom the Cash Was Received

2 If more than one individual is involved, check here and see instructions . . . . . . . . . . . . . . . . ▶ ☐

| 3 Last name | 4 First name | 5 M.I. | 6 Taxpayer identification number |
|---|---|---|---|

| 7 Address (number, street, and apt. or suite no.) | 8 Date of birth . . ▶ (see instructions)   M M D D Y Y Y Y |
|---|---|

| 9 City | 10 State | 11 ZIP code | 12 Country (if not U.S.) | 13 Occupation, profession, or business |
|---|---|---|---|---|

| 14 Identifying document (ID) | a Describe ID ▶    c Number ▶ | b Issued by ▶ |
|---|---|---|

## Part II   Person on Whose Behalf This Transaction Was Conducted

15 If this transaction was conducted on behalf of more than one person, check here and see instructions . . . . . . . . ▶ ☐

| 16 Individual's last name or organization's name | 17 First name | 18 M.I. | 19 Taxpayer identification number |
|---|---|---|---|

| 20 Doing business as (DBA) name (see instructions) | Employer identification number |
|---|---|

| 21 Address (number, street, and apt. or suite no.) | 22 Occupation, profession, or business |
|---|---|

| 23 City | 24 State | 25 ZIP code | 26 Country (if not U.S.) |
|---|---|---|---|

| 27 Alien identification (ID) | a Describe ID ▶    c Number ▶ | b Issued by ▶ |
|---|---|---|

## Part III   Description of Transaction and Method of Payment

| 28 Date cash received   M M D D Y Y Y Y | 29 Total cash received $ .00 | 30 If cash was received in more than one payment, check here . . . ▶ ☐ | 31 Total price if different from item 29 $ .00 |
|---|---|---|---|

32 Amount of cash received (in U.S. dollar equivalent) (must equal item 29) (see instructions):

a U.S. currency $ _____ .00    (Amount in $100 bills or higher $ _____ .00 )
b Foreign currency $ _____ .00    (Country ▶ _____ )
c Cashier's check(s) $ _____ .00    Issuer's name(s) and serial number(s) of the monetary instrument(s) ▶
d Money order(s) $ _____ .00
e Bank draft(s) $ _____ .00
f Traveler's check(s) $ _____ .00

33 Type of transaction
a ☐ Personal property purchased
b ☐ Real property purchased
c ☐ Personal services provided
d ☐ Business services provided
e ☐ Intangible property purchased
f ☐ Debt obligations paid
g ☐ Exchange of cash
h ☐ Escrow or trust funds
i ☐ Bail received by court clerks
j ☐ Other (specify in item 34) ▶

34 Specific description of property or service shown in 33. Give serial or registration number, address, docket number, etc. ▶

## Part IV   Business That Received Cash

| 35 Name of business that received cash | 36 Employer identification number |
|---|---|

| 37 Address (number, street, and apt. or suite no.) | Social security number |
|---|---|

| 38 City | 39 State | 40 ZIP code | 41 Nature of your business |
|---|---|---|---|

42 Under penalties of perjury, I declare that to the best of my knowledge the information I have furnished above is true, correct, and complete.

Signature ▶ _____ Authorized official     Title ▶ _____

| 43 Date of signature   M M D D Y Y Y Y | 44 Type or print name of contact person | 45 Contact telephone number |
|---|---|---|

IRS Form **8300** (Rev. 8-2014)      Cat. No. 62133S      FinCEN Form **8300** (Rev. 8-2014)

IRS Form 8300 (Rev. 8-2014)          Page **2**          FinCEN Form 8300 (Rev. 8-2014)

## Multiple Parties
*(Complete applicable parts below if box 2 or 15 on page 1 is checked.)*

**Part I**   Continued—Complete if box 2 on page 1 is checked

| 3 Last name | 4 First name | 5 M.I. | 6 Taxpayer identification number |
|---|---|---|---|
| 7 Address (number, street, and apt. or suite no.) | 8 Date of birth . . ▶ (see instructions) | | M M D D Y Y Y Y |
| 9 City | 10 State | 11 ZIP code | 12 Country (if not U.S.) | 13 Occupation, profession, or business |
| 14 Identifying document (ID) | a Describe ID ▶ <br> c Number ▶ | | b Issued by ▶ |

| 3 Last name | 4 First name | 5 M.I. | 6 Taxpayer identification number |
|---|---|---|---|
| 7 Address (number, street, and apt. or suite no.) | 8 Date of birth . . ▶ (see instructions) | | M M D D Y Y Y Y |
| 9 City | 10 State | 11 ZIP code | 12 Country (if not U.S.) | 13 Occupation, profession, or business |
| 14 Identifying document (ID) | a Describe ID ▶ <br> c Number ▶ | | b Issued by ▶ |

**Part II**   Continued—Complete if box 15 on page 1 is checked

| 16 Individual's last name or organization's name | 17 First name | 18 M.I. | 19 Taxpayer identification number |
|---|---|---|---|
| 20 Doing business as (DBA) name (see instructions) | | | Employer identification number |
| 21 Address (number, street, and apt. or suite no.) | | 22 Occupation, profession, or business | |
| 23 City | 24 State | 25 ZIP code | 26 Country (if not U.S.) |
| 27 Alien identification (ID) | a Describe ID ▶ <br> c Number ▶ | | b Issued by ▶ |

| 16 Individual's last name or organization's name | 17 First name | 18 M.I. | 19 Taxpayer identification number |
|---|---|---|---|
| 20 Doing business as (DBA) name (see instructions) | | | Employer identification number |
| 21 Address (number, street, and apt. or suite no.) | | 22 Occupation, profession, or business | |
| 23 City | 24 State | 25 ZIP code | 26 Country (if not U.S.) |
| 27 Alien identification (ID) | a Describe ID ▶ <br> c Number ▶ | | b Issued by ▶ |

**Comments** – Please use the lines provided below to comment on or clarify any information you entered on any line in Parts I, II, III, and IV

IRS Form **8300** (Rev. 8-2014)                    FinCEN Form **8300** (Rev. 8-2014)



BRANCH OFFICE
Veterans Memorial Courthouse
Lansing, MI 48933
inghamclerk@ingham.org
www.clerk.ingham.org

**Barb Byrum
Ingham County Clerk**

MAIN OFFICE
P.O. Box 179
341 South Jefferson
Mason, MI 48854
Phone: (517) 676-7201
Fax: (517) 676-7254

## Assumed Name Certificate

Under MCL 445.1 et seq, the undersigned hereby certify that the following person(s) intends to or now owns, conducts, or transacts a business or maintains an office or place of business in the County of Ingham, State of Michigan under the name, designation, or style as set forth below:

**Name of Business:**  RANDY TYREASE JOY

**Business Address:**  C/O 1133 WEST MAPLE STREET  LANSING MI 48915

**Type of Business:**  LLC/SECURITIES AND BOND REDEEMER

| Name of Person(s) | Address (Street, City, State, Zip) | Signature |
|---|---|---|
| RAMBO EL | C/O 1138 W MAPLE ST  LANSING MI 48915 | *El R* |
|  |  |  |
|  |  |  |
|  |  |  |

Acknowledged by the persons stated above before me on 12/14/2023 .

*Barbara L. Frazier*

Deputy Clerk/Notary Public Signature

Notary Public Printed Name: _____

Notary Public, State of Michigan, County of: _____

My commission expires on: _____

### DO NOT WRITE BENEATH THIS LINE

**This Certificate expires on:**  12/13/2028

*State of Michigan, County of Ingham } ss*

I, **Barb Byrum**, Clerk of Ingham County and Clerk of the 30th Judicial Circuit Court, do hereby certify that I have compared the above copy with that original certificate on file in my Office and that it is a true copy thereof.

It testimony whereof, I have hereunto set my hand and affixed the seal of said Circuit Court on 12/14/2023 .

**Ingham County Clerk Barb Byrum**

By: *Barbara L. Frazier*

Deputy Clerk

Revised 5/2019

D-0107889
12/14/23 10:21 AM Page 1 of 1
BAN $16.00
Barb Byrum, Ingham County Clerk



BRANCH OFFICE
Veterans Memorial Courthouse
Lansing, MI 48933
inghamclerk@ingham.org
www.clerk.ingham.org

**Barb Byrum**
**Ingham County Clerk**

MAIN OFFICE
P.O. Box 179
341 South Jefferson
Mason, MI 48854
Phone: (517) 676-7201
Fax: (517) 676-7254

## Assumed Name Certificate

Under MCL 445.1 et seq, the undersigned hereby certify that the following person(s) intends to or now owns, conducts, or transacts a business or maintains an office or place of business in the County of Ingham, State of Michigan under the name, designation, or style as set forth below:

**Name of Business:** RANDY JOY

**Business Address:** C/O 1138 W MAPLE ST  LANSING MI 48915

**Type of Business:** LLC/SECURITIES AND BOND EXCHANGE

| Name of Person(s) | Address (Street, City, State, Zip) | Signature |
|---|---|---|
| RAMBO EL | C/O 1138 W MAPLE ST  LANSING MI 48915 | |
| | | |
| | | |
| | | |

Acknowledged by the persons stated above before me on **12/14/2023**   .

Deputy Clerk/Notary Public Signature

Notary Public Printed Name: _____
Notary Public, State of Michigan, County of: _____
My commission expires on: _____

### DO NOT WRITE BENEATH THIS LINE

**This Certificate expires on:** 12/13/2028

*State of Michigan, County of Ingham } ss*

I, **Barb Byrum**, Clerk of Ingham County and Clerk of the 30th Judicial Circuit Court, do hereby certify that I have compared the above copy with that original certificate on file in my Office and that it is a true copy thereof.

It testimony whereof, I have hereunto set my hand and affixed the seal of said Circuit Court on *12/14/2023*.

Ingham County Clerk Barb Byrum

By: _____
Deputy Clerk

Revised 5/2019

D-0107890
12/14/23 10:21 AM Page 1 of 1
BRN $16.00
Barb Byrum, Ingham County Clerk



BRANCH OFFICE
Veterans Memorial Courthouse
Lansing, MI 48933
inghamclerk@ingham.org
www.clerk.ingham.org

**Barb Byrum**
**Ingham County Clerk**

MAIN OFFICE
P.O. Box 179
341 South Jefferson
Mason, MI 48854
Phone: (517) 676-7201
Fax: (517) 676-7254

### Assumed Name Certificate

Under MCL 445.1 et seq, the undersigned hereby certify that the following person(s) intends to or now owns, conducts, or transacts a business or maintains an office or place of business in the County of Ingham, State of Michigan under the name, designation, or style as set forth below:

**Name of Business:** RANDY TYREASE JOY Estates

**Business Address:** 1726 Linval St Lansing, MI 48910

**Type of Business:** Non Profit

| Name of Person(s) | Address (Street, City, State, Zip) | Signature |
|---|---|---|
| Rumbo El | 1726 Linval St | ~Rumbo El~ |
| | | |
| | | |
| | | |

**Acknowledged by the persons stated above before me on** 12/16/2022.

_____
Deputy Clerk/Notary Public Signature

Notary Public Printed Name: Donall Middaugh
Notary Public, State of Michigan, County of: Ingham
My commission expires on: 04/13/2027

### DO NOT WRITE BENEATH THIS LINE

**This Certificate expires on:** 12-20-2027

*State of Michigan, County of Ingham } ss*

I, **Barb Byrum**, Clerk of Ingham County and Clerk of the 30th Judicial Circuit Court, do hereby certify that I have compared the above copy with that original certificate on file in my Office and that it is a true copy thereof.

It testimony whereof, I have hereunto set my hand and affixed the seal of said Circuit Court on 12-20-22.

**Ingham County Clerk Barb Byrum**

By: _____
Deputy Clerk

Revised 5/2019

RECEIVED - LN
February 5, 2019 10:35 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _cw_ / _____ SCANNED BY CW 3/6

1:16-cv-673
Phillip J. Green
U.S. Magistrate Judge

8 3 1 7 2 7 5
Tx:4195693
3/20/2017 12:02:00 PM

2017-009839
DERRICK QUINNEY
INGHAM COUNTY MICHIGAN
REGISTER OF DEEDS
RECORDED ON:
03/21/2017 11:00 AM
PAGES: 4

Drafted by:
Randy Joy
1118 Westmoreland AVE
Lansing, Mi [48915]



2017 MAR 20 P 12: 02

INGHAM COUNTY
REGISTER OF DEEDS
RECEIVED

## BLACKHAWK TRIBAL TRUST CHARTER
## FEE SCHEDULE PUBLIC NOTICE

Affidavit of Facts / Subject Matter / Cause of Actions Demand to Vacate and to Void
Notwithstanding Tickets / Suits / Summons / Citations / (misrepresented) Bill(s) of Exchange

Which are in violation of the Substantive Rights of the Natural People and Citizens; and
affirmatively ruled as unconstitutional by the Supreme Court of the United States of North
America
Anti-constitutional Ticket - Instruments Issued Under the Quasi- Criminal, Private-Entity
Authority of City of Lansing,Uvalde, State of Texas,State of Michigan, United States of America,
Inc., And Its Officers; Business Location North America/ North Gate.

"Do you have any evidence for full disclosure with a sworn testimony on record or affirmed
statement, such as an Affidavit of Probable Cause, under penalty of perjury signed before a
notary in good faith to be delivered by 72 hours, or do you accept the offer that I charge you a
fee for this encounter plus $100.00 per minute beginning now due immediately or a treble cost
of the total charges due by 21 days, or am I 'free' to go?"

-SCHEDULE OF FEES TO LAW ENFORCEMENT OR ANY GOVERNMENT
AGENCY AND OFFICIAL NOTICE TO LAW ENFORCEMENT AND PUBLIC
OFFICIALS REGARDING UCC FILINGS AND INSURANCE BOND CLAIMS-

**"NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT"**

Please be advised that if any member of this organization is unlawfully kidnapped and/or forced into contract without committing a crime involving a victim, damages, and legitimate witnesses to the alleged crimes, commercial invoices and financing statements will immediately be filed with the Uniform Commercial Code against all of the public official-debtors involved, the agency-debtors they represent, and the respondeat superior(s) superior officers responsible for the conduct of its subordinates. Any violations caused by forced contracts entered under color of law to conspire against the individual non-citizen national or its related trust or estate, will be invoiced as, but not limited to the following:
($200,000 per occurrence - $300,000 per tort-feasor)

1. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (18 USC 242)
2. CONSPIRACY AGAINST THE RIGHTS OF CITIZENS (18 USC 241)
3. EMOTIONAL DISTRESS (32 CFR 536.77(a)(3)(vii))
4. MENTAL ANGUISH ABUSE (42 CFR 488.301)
5. PEONAGE
6. UNLAWFUL INCARCERATION
7. MALICIOUS PROSECUTION (32 CFR 750.23)
8. DEFAMATION OF CHARACTER
9. SLANDER
10. LIBEL
11. KIDNAPPING (18 U.S. Code § 1201)
12. MALFEASANCE (22 CFR 13.3)
13. SLAVERY
14. EXTORTION (25 CFR 11.417)
15. ROBBERY
16. PERJURY (18 USC 1621)
17. SUBORNATION OF PERJURY (18 USC 1622)
18. RICO (18 USC 1961-1968)
19. VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS
20. BREACH OF TRUST
21. RACKETEERING
22. FALSE DECLARATION OF AN EMERGENCY

Administrative Fees:
Responsive Communications (unsolicited) $ 250.00/page
Review and Research for responsive communications $ 500.00/hour
Depositions, Interrogation (unsolicited) $ 50,000/session
Additional fees applicable to Third Parties for responses to the specific inquiries indicated below*

1. Name $ 50,000.00
2. Drivers License Number $ 50,000.00
3. Social Security Number $ 50,000.00
4. Retinal Scans $ 50,000.00
5. Fingerprinting $ 50,000.00
6. Photographing $ 50,000.00
DNA or Body Fluids: $ 1,000,000.00
Additional fees applicable to third parties based on extraction methods indicated below
1. Mouth swab $ 1,000,000.00
2. Blood samples $ 1,000,000.00
3. Urine samples $ 1,000,000.00
4. Breathalyzer testing $ 1,000,000.00
5. Hair samples $ 1,000,000.00
6. Skin samples $ 1,000,000.00
7. Clothing samples $ 1,000,000.00
8. Forced giving of fluids/samples $ 100,000,000.00
Acceptance of Presentments (without contract) $ 10,000.00
1. Citations $ 10,000.00
2. Warnings Issued on Paper $ 10,000.00
3. Summons, Court Notices (without contract) $ 10,000.00
Obstruction and/or Interference with official duties of Trustee
1. Interference with travel (without contract or emergency) $1000.00/ minute after warning
2. Temporary detention, obstruction, or restraint (without warrant) $1000.00/ minute after warning
Property Search, Trespass, Theft, Carjacking, Interference with Commerce
1. Automobile/Vessel/Car Search $ 100,000.00
2. Body/Clothing Search $ 50,000.00
3. Handcuffing, being tied or otherwise restricted $ 10,000.00
4. Taking/Theft/Deprivation of Property $ 10,000.00 surcharge per item
5. Jailed, Warehousing, Incarceration $ 100,000.00 per day
Signature, Endorsement, Autograph (SEA)
1. SEA under Threat Duress Coercion $ 10,000.00
2. SEA undertaking by fiduciary at request of Third Parties $ 1,000.00 (may be waived

The lien debtor(s) will be responsible for any IRS obligations resulting from the discharge or cancellation of any debt(s), as well as earned income resulting from accepted settlement(s).
    - Fee Schedule Affidavit and Official Notice to Law Enforcement and Public Officials-
Instruments shall be made payable to: Randy Joy

**Additional Information Provided Upon Request**

**Please send all correspondence to address listed below:**

**Randy Joy**

**Black Hawk Tribe**

**1118 Westmoreland Ave**

**Lansing, Michigan [48915]**

**J U R A T**

**I, Randy Joy**, the Petitioner, hereby affirms upon their unlimited credit and liability that the contents of this Petition is true and correct to the best of their information, knowledge and belief.

By:

Randy Joy

**without prejudice or recourse, UCC 1-308**

Subscribed before me by _Randy Joy_ before me on _20th_ day of _March 2017_,

Notary Public Signature _____

Name _Christine Slike_

Notary public, State of Michigan, County of _Ingham_

My Commission expires: _Nov 26, 2021_

CHRISTINA J SLIKE
Notary Public - Michigan
Eaton County
My Commission Expires Nov 26, 2021
Acting in the County of _Ingham_



RECEIVED - LN
January 18, 2019 12:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _____ pjw _____

DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRS'
CONGRESS. Sess. III. CH. 62. 1871.

*1835 Michigan Constitution ARTICLE I. BILL OF RIGHTS  SECTION XIV. 14. The
military shall, in all cases, and at all times, be in strict subordination to the civil power.*
Notice of Special Restricted Appearance: rambo el Real Party in Interest,
Beneficial Owner and 1st Lien Holder of JOY RANDY TYREASE ESTATE
d/b/a RANDY TYREASE  JOY©®™

| | | |
|---|---|---|
| JOY, RAND TYREASE corp.sole | § | UNITED STATES |
| d/b/a | | DISTRICT COURT |
| RANDY TYREASE JOY | | WESTERN DISTRICT |
| | | MICHIGAN |
| v. | § | NOTICE OF MOTION AND |
| PUBLIC OFFICER IHPC d/b/a | § | MOTION TO INTERVENE |
| HEIRS AND ASSIGNEES | | |
| d/b/a <u>MIKE POMPEO</u> | § | |
| <u>d/b/a UNITED STATES</u> | | |
| <u>SECRETARY OF STATE</u> | § | WITH AN INJUNCTION |
| V. Major General Mark S. Inch | | RE 360 719 027 US |
| Acting United States Marshal - Bruce Nordin | | |

<u>NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE
TO ALL WASHINGTON, DISTRICT OF COLUMBIA AND STATE OF MICHIGAN
STATUTES WHERE No general law affecting private rights, shall be varied in
any particular case, by special legislation, except with the free consent, in
writing of all persons to be affected thereby; AND MOTION TO INTERVENE
WITH AN INJUNCTION FOR NAME Joy, Randy Tyrease  D/B/A RANDY TYREASE
JOY.</u>

*TAKE NOTICE THAT:* DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY
FIRST CONGRESS. Sess. III. CH. 62. 1871.
**Sec. 17.** *And be it further enacted, That the legislative assembly shall not pass special laws in
any of the following cases, that is to say : For granting divorces ; regulating the practice in
courts of justice ; regulating the jurisdiction or duties of justices of the peace, police magistrates,
or constables ; providing for changes of venue in civil or criminal cases, or swearing and
impaneling jurors ; remitting fines, penalties, or forfeitures ; the sale or mortgage of real estate
belonging to minors or others under disability ; changing the law of descent ; increasing or
decreasing the fees of public officers during the term for which said officers are elected or
appointed ; granting to any corporation, association, or individual, any special or exclusive
privilege, immunity, or franchise whatsoever. The legislative assembly shall have no power to
release or extinguish, in whole or in part, the indebtedness, liability, or obligation of any
corporation or individual to the District or to any municipal corporation therein, nor shall the
legislative assembly have power to establish any bank of circulation, nor to authorize any
company or individual to issue notes for circulation as money or currency.*

**Sec. 20.** *And be it further enacted, That the said legislative assembly shall not have power to
pass any ex post facto law, nor law impairing the obligation of contracts, nor to tax the property
of the United States, nor to tax the lands or other property of nonresidents higher than the lands
or other property of residents ; nor shall lands or other property in said district be liable to a
higher tax, in any one year, for all general objects, territorial and municipal, than two dollars on
every hundred dollars of the cash value thereof ; but special taxes may be levied in particular
sections, wards, or districts for their particular local improvements ; nor shall said territorial
government have power to borrow money or issue stock or bonds for any object whatever, unless
specially authorized by an act of the legislative assembly, pass by a vote of two thirds of the
entire number of the members of each branch thereof, but said debt in no case to exceed five per
centum of the assessed value of the property of said District, unless authorized by a vote of the
people, as hereinafter [hereinbefore] provide*



DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST
CONGRESS. Sess. III. CH. 62. 1871.
*1835 Michigan Constitution ARTICLE I. BILL OF RIGHTS  SECTION XIV. 14. The*
*military shall, in all cases, and at all times, be in strict subordination to the civil power.*
Notice of Special Restricted Appearance: rambo el Real Party in Interest,
Beneficial Owner and 1ˢᵗ Lien Holder of JOY RANDY TYREASE ESTATE
d/b/a RANDY TYREASE JOY©®™

*AND TAKE FURTHER NOTICE THAT: pursuant to the 1787 United States Constitution*
*Article 1 Section 9 Clause 3 "NO BILL OF ATTAINDER or EX POST FACTO LAW SHALL*
*BE PASSED"*

*AND TAKE FURTHER NOTICE THAT: Pursuant to the United States Bill of Rights written*
*December 15, 1791 These Amendments were ratified and form what is known as the "Bill of*
*Rights"*

*Amendment I: Congress shall make no law respecting an establishment of religion, or prohibiting*
*the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the*
*people peaceably to assemble, and to petition the Government for a redress of grievances.*

*The U.S. Corporation is a religious for Profit Corporation, which I choose not to associate with.*
*And the Constitution explicitly states that I cannot be forced into a religion or be forced to follow*
*any laws that hinder my free expression of freedom of religion.*

**NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO**
**ALL MICHIGAN STATE AND UNITED STATES STATUTES WHERE No bill of**
**attainder, ex post facto law, law impairing the obligation of contracts shall be passed; AND**
**MOTION TO INTERVENE WITH AN INJUNCTION FOR NAME  JOY RANDY TYRESE**
**a MOOR FREE INHABITANT and NATIVE MICHIGANIANS dba RANDY TYRESE JOY**
**TAKE NOTICE THAT pursuant to:**

1781 Articles of Confederation and Perpetual Union. Article IV. The better to secure and perpetuate
mutual friendship and intercourse among the people of the different states in this union, the free
inhabitants of each of these states, paupers, vagabonds and fugitives from Justice excepted, shall be
entitled to all privileges and immunities of free citizens in the several states, and the people of each
state shall have free ingress and regress to and from any other state, and shall enjoy therein all the
privileges of trade and commerce, subject to the same duties, impositions and restrictions as the
inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent
the removal of property imported into any state, to any other state of which the Owner is an
inhabitant, provided also that no imposition, duties or restriction shall be laid by any state, on the
property of the united states, or either of them.

**AND TAKE FURTHER NOTICE THAT**  I, rambo el, Real Party in Interest and Owner of 14ᵗʰ
amendment Person JOY RANDY TYRESE d/b/a RANDY TYRESE JOY did not consent for me or
my private property to being a 14ᵗʰ amendment citizen of the U.S. OR state of MICHIGAN or any
other state in writing or any other consent, especially since this was done when I was a baby, when
contracts like, the birth certificate was done and social security number was issued in the above
mention names, which would have put me under legal disability to contract, and not capable of such
a contract.



DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST
CONGRESS. Sess. III. CH. 62. 1871.
*1835 Michigan Constitution ARTICLE I. BILL OF RIGHTS   SECTION XIV. 14. The*
*military shall, in all cases, and at all times, be in strict subordination to the civil power.*
Notice of Special Restricted Appearance: rambo el Real Party in Interest,
Beneficial Owner and 1ˢᵗ Lien Holder of JOY RANDY TYREASE ESTATE
d/b/a RANDY TYREASE JOY©®™

**AND TAKE FURTHER NOTICE THAT** I "rambo ell" reserve my right to sue you and all your
agency and contractors for using my name or my personal property JOY RANDY TYREASE d/b/a
RANDY TYRESE JOY  ens legis.

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional
question are as follows:

    1.  Unalienable rights were violated; protected by 1781 Articles of Confederation and Perpetual
        Union ARTICLE IV, and 1835 Michigan Constitution and BILL OF RIGHTS, ingress and
        regress. **Violated; in the past.**

    2.  Unalienable rights were violated; protected by 1835 Michigan Constitution ARTICLE I BILL
        OF RIGHTS § 8. The person, houses, papers and possessions of every individual shall be secure
        from unreasonable searches and seizures; and no warrant to search any place, or to seize any
        person or things, shall issue without describing them, nor without probable cause, supported by
        oath or affirmation. **Violated; in the past.**

*AND TAKE FURTHER NOTICE THAT* THIS IS A CONTRACT, your failure to answer and

rebut this affidavit is acquiescence, you have 72 hours to answer, then this contract is law.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

    3.  Unalienable rights were violated; protected by 1835 Constitution of Michigan ARTICLE I BILL
        OF RIGHTS § 18. Excessive bail shall not be required; excessive fines shall not be imposed; and
        cruel and unjust punishments shall not be inflicted. **Violated; in the past.**

    4.  Unalienable rights were violated; protected by 1835 Constitution of Michigan, Article I.   BILL
        OF RIGHTS § 21. All acts of the legislature contrary to this or any other article of this Constitution
        shall be void. **Violated; in the past**

**AND TAKE FURTHER NOTICE THAT** I DEMAND, for you to put the names JOY RANDY
TYREASE d/b/a RANDY TYREASE JOY, JOY BOBBY SHERAY d/b/a  BOBBY SHERAY
JOY, JOY BOBBY  d/b/a  BOBBY JOY, JOY COMMODORE d/b/a  COMMODORE JOY,
COUTHEN ALYSSA NICHOLE d/b/a ALYSSA NICOLE COUTHEN, HENRY PATRICIA
ANN d/b/a PATRICIA ANN HENRY and my minor child, PEREZ JAE'ANNA MARIE, d/b/a
JAE'ANNA MARIE PEREZ, JOY RANDY TYRESE II d/b/a RANDY TYRESE JOY II, JOY
RIAN ALEXIS d/b/a RIAN ALEXIS JOY, on **THE DO NOT STOP, DO NOT DETAIN, DO
NOT HINDER LIST FOR MICHIGAN STATE and ALL the OTHER STATES,** concerning
all my property including:

**42.713202,-84.544249:** [1620]  Linval St near [48910]

Plated Vehicles:
DMF 7693
DGU 1168
DCH 4689
DSF 6481



**DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST CONGRESS. Sess. III. CH. 62. 1871.**
*1835 Michigan Constitution ARTICLE I. BILL OF RIGHTS  SECTION XIV. 14. The military shall, in all cases, and at all times, be in strict subordination to the civil power.*
Notice of Special Restricted Appearance: rambo el Real Party in Interest, Beneficial Owner and 1st Lien Holder of JOY RANDY TYREASE ESTATE d/b/a RANDY TYREASE JOY©®™

**AND TAKE FURTHER NOTICE THAT** I reserve all my rights protected by above said 1835 Michigan Constitution, and don't waive any part of my rights, abide by your oaths to it.  I also have a 9-Billion-dollar Lien on the names that are my property and there will be a $9000 and up charge against you and your agencies or contractors, which this is your contract where you agree to pay this amount to me Rambo el in the Name RANDY JOY FOR THE TRESPASS of my *unalienable rights, protected by the 1781 Articles of Confederation and Perpetual Union and the 1835 Michigan* Constitution.

**AND TAKE FURTHER NOTICE THAT** THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

_January 18_____, 2019 _____

WITHOUT the UNITED STATES

JARAT

State of MICHIGAN          )

                          )ss.

County of INGHAM____ )

CAITLIN FARMER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires __07/19/2020__
Acting in the County of __Ingham__

I have hereunto set my hand and seal of office On this, __18th__ Day of _January___, 2019

Notary Public _Caitlin Farmer_____.

rambo el, Real Party in Interest and Registered Owner
of JOY RANDY TYREASE  dba
RANDY TYRESE JOY
c/o [1620] ILLINOIS AVE
[Michigan] state Republic
Near; [48906]

From the Office of:

# INGHAM COUNTY
# Prosecuting Attorney



A certified document is available for you at https://eservices.truecertify.com

for People vs. RANDY TYREASE JOY
Case Tracking Number: 22-004524

If you have any questions of concerns, please contact the Discovery Unit at 517-483-6108.

**LAPD - LANSING POLICE DEPARTMENT**
**Case Report**



Case No.   2251908159
Case Status  Arrest
Report Date/Time: 8/29/2022 12:53:00 AM
Reporting Officer: Zuber, Nicholas

**FILE CLASS/OFFENSE:**
13002 - Aggravated/Felonious Assault - Non-Family - Gun
52003 - Weapons, firing of (includes Careless, Reckless, Heedless Use)
54003 - Traffic - Reckless Driving
48000 - Obstruct Police (Other)
52001 - Concealed Weapons - Carrying Concealed
Open Alcohol in Vehicle
52003 - Weapons Offense (Other)

**NATURE OF INCIDENT:**
Multiple Felonies/JOY/Grose/Zuber&Osentoski/IC

**OCCURRED ON:**          8/29/2022 12:53:00 AM
**(and Between)**

**VENUE:** 2334 E Cavanaugh  Lansing, MI  48910
**CITY/TOWNSHIP:** 95 - Lansing, Ingham

| VICTIM: Grose, Randy Craig | | VICTIM OF: 1304 - 13002 - Aggravated/Felonious Assault - Non-Family - Gun |
| --- | --- | --- |
| | | VICTIM TYPE: Individual |
| | DOB: 12/1/1959 | AGE: 62 |
| RACE: White | SEX: Male | JUV: N - No |
| HGT: | WGT: | HAIR: |
| EYES: | ETH: | Circumstances: |
| SSN: | DLN: | DL State: |
| ADDRESS INFORMATION: | | |
| H - Home:2334 E Cavanaugh Lansing, MI 48910 Ingham US  - UNITED STATES | | |
| Phone Information: | | Emails: |
| M - Mobile:(517) 897-7646 | | |
| NOTES: | | |

| VICTIM: | | VICTIM OF: 4899 - 48000 - Obstruct Police (Other) |
| --- | --- | --- |
| | | 5202 - 52001 - Concealed Weapons - Carrying Concealed |
| | | 5213 - 52003 - Weapons, firing of (includes Careless, Reckless, Heedless Use) |
| | | VICTIM TYPE: Society/Public |
| | DOB: | AGE: |
| RACE: | SEX: | JUV: |
| HGT: | WGT: | HAIR: |
| EYES: | ETH: | Circumstances: |
| SSN: | DLN: | DL State: |
| ADDRESS INFORMATION: | | |
| Phone Information: | | Emails: |
| NOTES: | | |

| ARRESTEE: Joy, Randy Tyrease | ARRESTED FOR: 1304 - 13002 - Aggravated/Felonious Assault - Non-Family - Gun |
| --- | --- |
| | 257.624a - Open Alcohol in Vehicle |
| | 4899 - 48000 - Obstruct Police (Other) |
| | 5202 - 52001 - Concealed Weapons - Carrying Concealed |
| | 8073 - 54003 - Traffic - Reckless Driving |

Case Report | Reporting Officer Zuber, Nicholas

Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 2 of 20



**LAPD - LANSING POLICE DEPARTMENT**
**Case Report**

Case No. 2251908159
Report Date/Time: 8/29/2022 12:53:00 AM
Reporting Officer: Zuber, Nicholas

---

| | 5213 - 52003 - Weapons, firing of (includes Careless, Reckless, Heedless Use) |
|---|---|
| JUV: N - No | ARREST NO: 0012382 |
| DOB: 8/24/1981 | TYPE: On-View Arrest |
| AGE: 41 | DATE: 8/29/2022 |

SEX: Male
RACE: Black or African American

| HGT: 6' 0" | | |
|---|---|---|
| EYES: Brown | WGT: 180 | HAIR: |
| SMT: | ETH: | Circumstances: |
| SSN: 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 | DLN: J000730809660 | DL State: Michigan |

ADDRESS INFORMATION:

  H - Home: 1726 Linval St, F101 Lanisng, MI 48910 US - UNITED STATES

  H - Home: 1807 Olds Ave Lansing, MI 48915

Phone Information:                                        Emails:

  M - Mobile: (517) 643-9461                          randytjoy@gmail.com

  H - Home: (517) 993-4900
NOTES:

---

**FORCE LEVEL DETAILS**      FORCE USED: **N - No**

| HANDGUN USE: | RIFLE USE: | SHOTGUN LL: |
|---|---|---|
| HANDGUN DISPLAY: | RIFLE DISPLAY: | .40mm LL: |
| PCA USE: | ASP USE: | TASER USE: |
| PCA DISPLAY: | ASP DISPLAY: | HANDCUFFING: |
| PPCT: | | |
| OTHER: | | |

---

**PROPERTY:**
ITEM NO:                    STATUS: Evidence (Including Other Seized Property And Tools)
PROPERTY TYPE: Rifle - Semiautomatic
RECOVERED BY:                                    RECOVERED DATE/TIME:
PROPERTY DESCRIPTION: Draco
DRUG QUANTITY/MEASURE: /                          COUNT: 1
VALUE:                                           COLOR:
MANUFACTURER: draco                              MODEL:
SN/VIN: DF-2418-19 RO                            LICENSE NO:
VEHICLE DESCRIPTION:
NOTES:

---

**PROPERTY:**
ITEM NO:                    STATUS: Evidence (Including Other Seized Property And Tools)
PROPERTY TYPE: Handgun - Semi Automatic
RECOVERED BY:                                    RECOVERED DATE/TIME:
PROPERTY DESCRIPTION: Glock
DRUG QUANTITY/MEASURE: /                          COUNT: 1
VALUE:                                           COLOR: Black
MANUFACTURER: Glock                              MODEL: 21
SN/VIN: AEZN411                                  LICENSE NO:
VEHICLE DESCRIPTION:
NOTES:

---

| Case Report | Reporting Officer: Zuber, Nicholas | |
|---|---|---|
| | 2251908159 | Printed: August 29, 2022 - 5:12 AM |

Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 3 of 20



**LAPD - LANSING POLICE
DEPARTMENT
Case Report**

Case No. 2251908159
Report Date/Time: 8/29/2022 12:53:00 AM
Reporting Officer: Zuber, Nicholas

---

**NARRATIVE:**
Zuber, Nicholas
8/29/2022 2:46:37 AM
SUMMARY

On 8/29/22 at approx. 0053 hours, I was dispatched to the area of 2334 E Cavanaugh for shots possibly being fired into a residence. Investigation found no damage or injuries, but shell casings were located. The accused allegedly pointed a gun at the caller, and was arrested shortly after at a different location.

VENUE

2334 E Cavanaugh, City of Lansing, County of Ingham.

DATE AND TIME

8/29/22 at approx. 0053 hours.

CALL

I was dispatched to 2334 E Cavanaugh for a possible shooting. The caller, victim Grose, reported that he believed shots had just been fired into a residence nearby from a truck. The caller described the accused vehicle as a tall truck that was dark colored.

ARRIVAL ON SCENE

I arrived on scene and began checking the area for evidence, damage and injuries.

VICTIM STATEMENT (RANDY GROSE)

Victim Grose stated he was inside his home at 2334 E Cavanaugh when he heard loud gunshots outside, approx. 2 houses to the east. The victim stated he lifted his curtains/blinds to look outside. The victim stated he saw a tall, dark truck driving on the roadway. The victim stated the driver was shooting a gun out of the drivers side window, and the truck was w/b on E Cavanaugh. The victim stated that when the accused saw him, he pointed the gun at him before firing more shots in his direction. The victim stated he believed he heard approx. 8 shots fired total.

The victim described the truck as a tall, 4 wheel drive truck, similar to a F250 or other heavy duty truck. The victim stated he believed the truck was factory and not lifted, but taller than most. The victim stated he thought there may have been a front seat passenger. The victim stated he could not see the accused well and that he could have been white, but that he was not sure.

The victim stated he has no idea who the accused would be and has no enemies that would want to harm him.

UNKNOWN WITNESS STATEMENT

While investigating the scene, a vehicle approached with a w/m driver. The subject asked if we were there for the truck that had been shooting off rounds. I told the subject yes, and he said it had went w/b on E Cavanaugh to Cedar after shooting. The subject stated the vehicle was a light silver truck, either a Chevrolet or Ford, with a model year in the 2000's.

OFFICER ACTION

I broadcasted further descriptions of the accused vehicle to fellow officers, as well as the information on evidence I located.

INJURY

No injured parties were located.

---

| Case Report | Reporting Officer: Zuber, Nicholas |
| --- | --- |

*Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 4 of 20*



**LAPD - LANSING POLICE DEPARTMENT**
**Case Report**

Case No. 2251908159
Report Date/Time: 8/29/2022 12:53:00 AM
Reporting Officer: Zuber, Nicholas

---

PROPERTY DAMAGE

I checked the residences in the area for damage. No damage was located at the time of this report.

EVIDENCE

I searched the scene for evidence. I located and collected the following items. All items were tagged in as evidence at the LPD HQ evidence room:

01. Two silver 7.62x39 shell casings. One located in front of 2328 E Cavanaugh, in the roadway, on the south side. The other (dented casing) was located in front of 2334 E Cavanaugh, in the roadway, on the north side.

CANVAS

Due to the time of night, most residences in the area were entirely dark.

2420 E Cavanaugh - Resident stated he heard approx. 4 very loud gunshots but did not see anything outside. The resident has cameras but does not believe they can see the road. Stated he will call if his cameras do show anything.

DISPOSITION

Refer to ICPO.

---

| Case Report | Reporting Officer: Zuber, Nicholas |
|---|---|

Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 5 of 20

Case No.:                      Printed 8/29/2022 5:12 AM                                           Page 1 of 3

## Officer Narrative

| Case Number: | 2251908159 | Entered On: | 8/29/2022 2:01:23 AM |
|---|---|---|---|
| Subject: | EVIDENCE - M.Washington | Entered By: | Washington, Marquis |

Narrative:

### INFORMATION

On 08/29/2022 at approximately 0053 hours. Officer Kandel and I were dispatched to 2334 E Cavanaugh Rd for a shots fired call. While en route to the above-listed address we were rerouted to Larch and Shiawassee St. to assist Officer Osentoski with a traffic stop on a vehicle that may have been related to the above-listed incident.

### DATE AND TIME

08/29/2022 at approximately 0053 hours.

### VENUE

2334 E Cavanaugh Rd City of Lansing, County of Ingham, State of Michigan

### OFFICER'S ACTIONS/OBSERVATIONS

Upon arrival, I observed Officer Osentoski's patrol vehicle with its overhead lights on behind a tan-colored Chevy Silverado. Due to the vehicle being possibly involved in a shots fired incident, I exited my patrol vehicle and unholstered my department-issued firearm. After unholstering my firearm, I came to the low-ready position and kept my eyes on the accused's vehicle. The accused refused to exit the vehicle after Officers gave him loud verbal commands to do so. I approached the vehicle from the passenger side and stood by while other officers talked to him. After brief contact with the accused, Officers decided to back away from the vehicle to create a safe distance. Officers then returned to their patrol vehicle and continued making verbal commands to the accused telling him to step out of the vehicle. The accused eventually exited the vehicle and was placed under arrest by other officers.

### COLLECTION/LOCATION OF EVIDENCE

Due to the vehicle being parked in an intersection between two major roadways officers requested a tow truck to remove the vehicle from the scene. Prior to the tow, I conducted an inventory search on the accused's vehicle. I was searching the passenger side of the vehicle when I located one (1) black Glock 45 magazine in the glove box. I then opened the center counsel and located another black Glock 45 magazine next to a black holster. Upon further investigation of the center counsel, I discovered there to be a secret compartment underneath the center counsel. Inside of the compartment I located one (1) black Glock 21 handgun and one (1) 7.62 magazine. I also located a full bottle of Tito's and a half bottle of Hennessy in the secret compartment. I then located one (1) silver spent 7.62 shell casing on the passenger side floorboard. I made the Glock safe by racking the slide to the rear I observed no magazine inside of the Glock and there was no round in the chamber. I secured the firearm and the

magazines in the rear of my patrol vehicle. I then moved to the backseat where I located another silver spent 7.62 shell casing. Officer Cook removed an AK-47 style "Draco" from the rear passenger side of the vehicle. I obtained custody of the AK-47 style "Draco" from Officer Cook on the scene. All the above-listed items were photographed before being removed from the vehicle.

## ADDITIONAL INFORMATION

It should be noted that the two (2) spent 7.62 casings I located matched the spent casings on the scene. It should also be noted that both firearms were easily accessible to the accused. The muzzle of the Draco located in the rear passenger seat was facing outwards which is consistent with the subject tossing the Draco in the backseat from the driver seat.

## FIREARM INFORMATION

Black-colored Glock 21, serial number AEZN411, No record in LEIN

Black and Tan AK-47 style Draco, serial number DF-2418-19, No record in LEIN

## EVIDENCE

On 08/29/2022 I placed the below-listed items into evidence on the 4th floor for of LPD HQ,

1 – Black-colored Glock 21 with a spartan flashlight attached to it, serial number AEZN411

2 – Black and Tan AK-47 style Draco with a black sling attached to it, serial number DF-2418-19

3 – 26. 45 caliber rounds

4 – 23 7.62 rounds

5 – 2 black Glock magazines, there were 13 live.45 caliber rounds in each magazine, which were tagged separately as item #3

6 – Black 7.62 magazine

7 – Black uncle mikes holster

8 – 2 silver spent 7.62 rounds

9 – 1 black Motorola cellphone in a black colored case

## VEHICLE INFORMATION

Tan 2014 Chevrolet Silverado MI registration of EJH7128 VIN 3GCUKREH7EG28000. The plate of the vehicle came back unregistered. Upon running the VIN, it showed the vehicle registered to a Blackhawk Trust 1807 Old's Avenue in Lansing, MI.

PHOTOS

I attached multiple photos of the evidence to this report.

BWC

My department-issued body-worn camera was activated during this incident and has been tagged under this report number.

DISPOSITION

Refer to primary

RTF Narrative:

Case No.:        Printed 8/29/2022 5:12 AM                                Page 1 of 4

## Officer Narrative

| | | | |
|---|---|---|---|
| Case Number: | 2251908159 | Entered On: | 8/29/2022 2:06:40 AM |
| Subject: | TRAFFIC STOP/ARREST-<br>Osentoski | Entered By: | Osentoski, Seth |

Narrative:

SUMMARY:

On 08/29/2022 at approximately 0055 hours, I was dispatched to 2334 E Cavanaugh Rd for a shots fired complaint. Dispatch advised the caller stated an unknown color lifted truck shot at houses and left the scene westbound on E Cavanaugh Rd. While en-route to the scene, I was turning eastbound onto E Mt. Hope Ave from S Washington Ave in my fully marked patrol vehicle in a full patrol uniform and observed a tan four door truck run the red light at the intersection of S Cedar St/E Mt. Hope Ave heading northbound at a high rate of speed. The truck was driving at a high rate of speed approximately 65 miles per hour in a 45 mile per hour zone. The truck ran the red light at E Kalamazoo St/S Larch St and continued northbound. I initiated a traffic stop at S Larch St/E Kalamazoo St and came to a stop at N Larch St/E Shiawassee St. I waited for my backup patrol unit before attempting to make contact with the driver. Officer Kandel and Officer Washington arrived on my traffic stop as my back-up unit. I attempted to make verbal announcements and used my PA announcement to ask the driver to step out of the vehicle. The driver refused to step out and I along with Officer Kandle walked up to the driver's side. The driver rolled his window down, identified himself as Rambo, and handed us unknow court documents. The driver, later identified as Randy Joy, was asked to step out of the vehicle and he refused. Once Sgt. Thomas arrived on scene, Joy exited the vehicle and I placed him in handcuffs, behind his back, checked for tightness, and double locked them. After further investigation, Joy was for multiple felonies and I transported him to LPD's detention center without incident.

TRAFFIC STOP:

While en-route to the scene, I was turning eastbound onto E Mt. Hope Ave from S Washington Ave in my fully marked patrol vehicle in a full patrol uniform and observed a tan four door truck run the red light at the intersection of S Cedar St/E Mt. Hope Ave heading northbound at a high rate of speed. I turned northbound on S Cedar Ave from E Mt. Hope Ave and observed the truck continue northbound over the bridge. I was attempting to catch up to the vehicle and I was driving at approximately 80 miles per hour to do so. I hard a hard time catching up to the truck due to the high rate of speed the truck was going. The truck passed a vehicle in a 45 miler per hour zone easily and from visual observations and my personal/work experience, the truck appeared to be driving at approximately 65 miles per hour. When S Cedar St turned into three lanes and switches to S Larch St, the truck stayed in the middle lane. At the intersection of S Larch St/E Kalamazoo St, the truck turned into the left lane because another vehicle was stopped at the red light at the intersection. The truck did not stop at the red light and continued northbound on S Larch St. At that time, I activated my emergency lights on my fully marked patrol vehicle to initiate a traffic stop. The truck did not stop right away and continued driving northbound to the intersection of E Michigan Ave/N Larch St. I then activated my emergency sirens on my patrol vehicle. The truck did pull over at the intersection of N Larch St/E Shiawassee St.

I waited for my back-up officer due to a firearm being used. After a short period of time, Officer Kandel and Officer Washington arrived on the stop as my back-up unit. I took out my duty issued firearm and had it at the low ready. I

Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 9 of 20

attempted verbal announcements for the driver to shut off his vehicle. The driver did not turn off his vehicle, so I asked him to step out of the vehicle. The driver did not step out of his vehicle. I proceeded to switch to my patrol vehicle, PA system to make announcements. Over the PA system, I asked the driver to step out of the vehicle multiple times. The driver did not come out of the truck. After the driver failed to get out of the vehicle. Officer Kandel and I decided to approach the vehicle. Officer Kandel and I approached the driver's side of the truck, While Officer Washington approached from the passenger side. The driver proceeded to roll down his window. I observed a black male, later identified as Randy Joy, sitting in the driver's seat. I asked Joy to step out of the vehicle, but he refused and said I needed a warrant. I asked Joy again to step out, but again he refused and said he was on the phone with 911. Joy rolled his window back-up and I was unable to see him because of the dark tinted windows of the vehicle. Officer Kandel took over contact with Joy at that point.


I heard Officer Kandel ask Joy to roll the window down multiple times. Joy eventually complied and stuck out unknown papers to Officer Kandel. I heard Officer Kandel ask him to step out of the vehicle. Joy refused again and stated we need a warrant to stop him. I heard Officer Kandel ask him what his name was. Joy identified himself as Rambo El. I heard Officer Kandel explained to Joy how we were investigation a shooting and asked him to work with us. Joy tried to roll the window up, and Officer Kandel tried to explain to him how we don't know if he has any guns inside the vehicle. Joy stated, "If I do, It's not against the law because he has the right to bear arms." Joy continued to keep rolling his window up and down saying he did not do nothing wrong. Officer Kandel again asked Joy to step out and he refused. Joy was on the phone with 911 and rolled his window up all the way. At that point, Officer Kandel, Officer Washington, and I stepped back to our patrol vehicle for safety reason. Joy asked for a sergeant while he was on the phone with 911. While waiting for the sergeant, Officer Zuber updated the description of the accused vehicle to a silver or a tan truck which led us to further believe that this vehicle was related to the shots fired. The plate to the truck was unregistered. While waiting, Joy rolled his window down multiple times. Officers explained to him, how he was resisting arrest and continued asking him to step out of the vehicle. Officers continued making verbal and PA announcements with negative results. Eventually, Sgt. Thomas arrived on scene, and Joy then stepped out of his vehicle. I placed Joy in handcuffs behind his back, checked for tightness, and double locked them. I placed Joy in the back of my patrol vehicle


## CONTACT WITH ACCUSED RANDY JOY:

I was unable to conduct an interview with Joy because he was very uncooperative and irate. Joy would only say he was going to sue me federally and he got off prior charges before.


## EVIDENCE

See Officer Washington's report.


## ARREST/TRANSPORT:

I arrested Joy for multiple felony charges and was transported to LPD's detention center without incident.

Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 10 of 20

LEIN:

I had a LEIN operator run Joy in LEIN. Joy was convicted of a felony in 2009 for controlled substance through 21st Circuit Court.


CHARGES:

I will be seeking the listed charges though the Ingham County Prosecutor's Office:


Felonious Assault - Felony

Reckless Discharge - Misdemeanor

Shooting from A Vehicle - Felony

CCW - Felony

Reckless Driving - Misdemeanor

R/O - Felony

Felon in Possession - Felony

Felony Firearm - Felony

Open Intox- Misdemeanor

Unregistered Firearm-Misdemeanor


ADDITONAL:

During the booking process, Joy had two Michigan Driver's Licenses in his wallet. One license was Rambo El DOB: 08/24/1981 and the other license Randy Tyrease Joy DOB 08/24/1981. Both licenses had the same driver's license number.


DISPOSITION:

RTP


RTF Narrative:

Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 11 of 20

Case No.:                          Printed 8/29/2022 5:12 AM                                    Page 4 of 4

*Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 12 of 20*

Below photos of the evidence were taken and uploaded by Officer M. Washington.



Draco located on the rear passenger floor board.



Magazine located in the glove box.

Black Glock .45 caliber

Below photos of the evidence were taken and uploaded by Officer M. Washington.



Magazine located in the center counsel

Black Glock .45 caliber



Below photos of the evidence were taken and uploaded by Officer M. Washington.

Silver spent 7.62

shell casing located on the passenger floorboard.



2 liquor bottles on top of a black Glock and a 7.62 magazine.



Black Glock 21 and black 7.62 magazine located in secret compartment under center counsel

Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 15 of 20

Below photos of the evidence were taken and uploaded by Officer M. Washington.



Spent shell silver 7.62 shell casing located on the rear passenger floorboard.



Suspects vehicle.

Below photos of the evidence were taken and uploaded by Officer M. Washington.



Suspects registration



AK-47 Draco and Glock 21 with magazines

Below photos of the evidence were taken and uploaded by Officer M. Washington.



7.62 rounds.



.45 rounds

CTN: 33-22004524-01 JM CC1

| STATE OF MICHIGAN<br>**54A JUDICIAL DISTRICT**<br>**30L JUDICIAL CIRCUIT** | **COMPLAINT**<br>**FELONY** | **JUDGE:**<br>**CASE NO.: 2022004524**<br>**DISTRICT CASE NO.:**<br>**CIRCUIT CASE NO.:** |
|---|---|---|

| District Court ORI: MI330075J<br>124 W. MICHIGAN AVE.  LANSING, MI 48933  517-483-4433 | | Circuit Court ORI: MI330055J<br>313 W. KALAMAZOO P.O. BOX 40771 LANSING, MI 48901 517-483-6500 | |

| | Defendant's name and address | Victim or complainant |
|---|---|---|
| **THE PEOPLE OF THE**    V<br><br>**STATE OF MICHIGAN** | **RANDY TYREASE JOY**<br>**a/k/a Rambo El**<br>**1726 LINVAL ST F101**<br>**LANSING, MI 48910**<br>**Sex: M   Race: Black** | **RANDY CRAIG GROSE**<br><br>Complaining Witness<br>**OFC RANDY HACKENBERG** |

| Codefendant(s)  (if known) | | | | Date: On or about<br>**08/29/2022** | |
|---|---|---|---|---|---|
| City/Twp./Village<br>**City of Lansing** | County in Michigan<br>**INGHAM** | Defendant TCN | Defendant CTN<br>**33-22004524-01** | Defendant SID<br>**2293695M** | Defendant DOB<br>Put DOB in Ref.<br>No. row 1 on MC 97 |
| Police agency report no.<br>**LLA 2251908159** | Charge<br>**See below** | | | Maximum penalty<br>**See below** | |
| [ ] A sample for chemical testing for DNA identification profiling<br>is on file with the Michigan State Police from a previous case. | | DLN Type: | Vehicle Type | Defendant DLN<br>Put DLN in Ref. row 3 on MC 97 | |

**Witnesses**

| **Randy Craig Grose** | **Ofc Randy Hackenberg** | **Ofc Sager Kandel** |
|---|---|---|
| **Ofc Nicholas Zuber** | **Ofc Seth Osentoski** | **Ofc Marquis Washington** |

**STATE OF MICHIGAN, COUNTY OF INGHAM.**

The complaining witness says that on or about 08/29/2022 at 2334 E Cavanaugh Rd, City of Lansing, Ingham County, Michigan the defendant contrary to law:

**COUNT 1:** WEAPONS - FIREARMS - DISCHARGE FROM VEHICLE
did intentionally discharge a firearm from a motor vehicle in a manner as to endanger the safety of another; contrary to MCL 750.234a(1)(a).  [750.234A]
FELONY:  10 Years and/or $10,000.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

**COUNT 2:** WEAPONS - FIREARMS - POSSESSION BY FELON
did possess , or transport  a firearm when ineligible to do so because he or she had been convicted of Del/Mfg a Controlled Substance, a felony punishable by imprisonment for 4 or more years, and the requirements for regaining eligibility had not been met; contrary to MCL 750.224f.  [750.224F]
FELONY:  5 Years and/or $5,000.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

**COUNT 3:** WEAPONS - CARRYING CONCEALED
did carry a dangerous weapon, to wit: a handgun, whether concealed or otherwise in a vehicle operated or occupied by said defendant, to wit: a Chevrolet Silverado; contrary to MCL 750.227.  [750.227]
FELONY:  5 Years or $2,500.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

**COUNT 4:** ASSAULT WITH A DANGEROUS WEAPON(FELONIOUS ASSAULT)
did make an assault upon Randy Grose with a dangerous weapon, to-wit: a gun, but without intending to commit the crime of murder or to inflict great bodily harm less than the crime of murder; contrary to MCL 750.82.  [750.82].
FELONY:  4 Years and/or $2,000.00; DNA to be taken upon arrest.  A consecutive sentence may be imposed under MCL 750.506a if the assault  was committed in a place of confinement.

*Certified Document - File Locator: ING-NAGBGQ-55D5174E - Thursday, September 15, 2022 10:49 AM Eastern Daylight Time - Page 19 of 20*

**COUNT 5:**  POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING
did assault, batter, wound, resist, obstruct, oppose, or endanger Off. Sager Kandel and/or Ofc. Marquis
Washington, a police officer of Lansing Police Department that the defendant knew or had reason to know was
performing his or her duties; contrary to MCL 750.81d(1).  [750.81D1]
FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault
was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same
transaction

**HABITUAL OFFENDER - SECOND OFFENSE NOTICE**
     Take notice that the defendant was previously convicted of a felony or an attempt to commit a felony in that on or
about 12/08/2009, he or she was convicted of the offense of Del/Mfg a Controlled Substance in violation of MCL
333.740412A4 in the 21st Circuit Court for Isabella County, State of MI;
     Therefore, defendant is subject to the penalties provided  by MCL 769.10.  [769.10]
One and one-half times the maximum sentence on primary offense or a lesser term.  The maximum penalty cannot
be less than the maximum term for a first conviction.

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if
not taken at arrest.
❑  The complaining witness asks that the defendant be apprehended and dealt with according to law.

Warrant authorized on _08/29/2022_ by:

08/29/2022

CHRISTOPHER A. MARTIN (P79824)
ASSISTANT PROSECUTING ATTORNEY

❑  Security for costs posted

I declare under the penalties of perjury that this complaint has
been examined by me and that its contents are true to the best
of my information, knowledge, and belief.

_____          _____
**Complaining Witness Signature**                **Date**

Approved SCAO, PACC-PAAM Replacement
Form MC 200w, Rev. 12/21
MCL 764.1 *et seq.*,  MCL 766.1 *et seq.*,  MCL 767.1 *et seq.*

Distribute form to:
Court
Prosecutor
Defendant

el, rambo 1138 West Maple Street
Lansing, Michigan, Without the United States
[zip exempt]

November 7, 2023

Barb Byrum, (acting as)
Ingham county clerk
HEIRS AND ASSIGNEES,
Admin. Clerk
30th Circuit Court
313 W Kalamazoo St
Lansing, MI 48933

### Notice Of Appointment And Stipulations

Dear Ms. Byrum, heir and assignees

    I require the prosecutor, judge, any the clerk of court and all officers to recognize my right to subrogation. For the record, as beneficiary to the RANDY TYREASE JOY on the case 23-65-FH, and with the clerk, clerk of court, prosecutor, judge being a trustee(s), and I require the all parties involved to. certify my right of subrogation in writing please, by acknowledging that I am beneficiary and executor for all matter relating to the Name on the case RANDY TYREASE JOY. I am informing you as clerk for the record byrum, barb d/b/a BARB BYRUM (acting as) Ingham County Clerk, et al., heir and assigns, the judge jamo s. james d/b/a **Hon. James S. Jamo (P36650)**, judge, et al., heirs and assigns, **30TH JUDICIAL CIRCUIT COURT, et al., heir and assigns,** ellery, sosebee d/b/a **SOSEBEE ELLERY, chief of Lansing Police department, et al., heirs and assigns,** zuber, nicholas d/b/a **NICHOLAS ZUBER, osentoski, Seth d/b/a SETH OSENTOSKI, hackenberg, randy d/b/a RANDY HACKENBERG,sager, KANDEL d/b/a SAGER KANDEL, washington, marquis d/b/a MARQUIS WASHINGTON** deputy, et al., heirs and assigns, d/b/a Dept 519 d/b/a **LANSING POLICE DEPARTMENT (P-32946),** et al., heirs and assigns, **Lansing Police Department,** trustee(s), are now trustees in this matter as appointed to settle this account? Therefore, please instruct them of this notice to set off and settle the account at my direction and fulfill your duties as a liable trustee.

The 30th Circuit Court and all parties listed above have created the bond in my name. I am exercising my right of subrogation on the bond or trust in this matter. Please use the bid bond, performance form, and appearance and or live birth certificate as surety to settle the debt. As subrogee, I am entitled to all the creditor's rights, privileges, priorities, remedies and judgments.have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, my right to subrogation, silentium tuum est acquiesentia et confessio juris mei subrogationis (your silence is acquiescence and admittance of my right to subrogation). Govern yourself accordingly, or BE IT RESOLVED!

       *Equity will not suffer a wrong to be without a remedy*

*Notice Of Appointment And Stipulations*

Performed by my hand and seal with manifest special intent and purpose, freewill act and Deed:

I DECLARE, under penalty and perjury under the laws of michigan and the united states of america    that the foregoing is true and correct.

Executed:  11/09                 .20 23 .

By: el, rambo, grantee/beneficiary

a private a Moor americas aboriginal michiganian national,
"but not citizen of the united states for the district of columbia,
nor the united states of america in congress assembled."
indingenousblacktribe@gmail.com

Special Deposit, Private, Priority

locus sigilli (seal)

JURAT

Michigan state)
Ingham county)

I HEREBY DECLARE that on this day before me an officer duly sworn, appeared el, rambo, Moor grantee/beneficiary, Implied Equitable Surety/Subrogee in Propria Persona Sui Juris (in proper person, in his own right) who has attained majoris aetatis suae, (Age of Majority) and proved to me upon satisfactory evidence, as his special intent and purpose,    executed by the same.

DECLARED before me in the
County of Ingham and Michigan State aforesaid this  9  day of November , 20 23.

WITNESS my hand and official seal.

NOTARY

PRINT

locus sigilli (seal)

**TESHA REEVES**
Notary Public, Ingham County, MI
Acting in the County of Ingham
My Commission Expires

*Notice Of Appointment And Stipulations*

8-1-2025
Ingham